Jason G. Revzin
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
**COUNSEL FOR DEFENDANT TRANS UNION LLC**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ANNA H. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS,, INC., EQUIFAX INFORMATION SERVICES LLC AND TRANS UNION LLC,<br><br>Defendants. | Case No. 2:17-cv-02813-RFB-GWF<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (FIRST REQUEST)** |

Plaintiff Anna Williams ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Stipulation Extending Defendant Trans Union's Time to File its Response to Plaintiff's Motion for Partial Summary Judgment.

On January 2, 2018, Plaintiff filed her Partial Motion for Summary Judgment and subsequently corrected the filing on January 4, 2018. Trans Union's current deadline to file a response to Plaintiff's Partial Motion for Summary Judgment is January 23, 2018. Trans Union needs additional time to prepare its response to the arguments presented in Plaintiff's Motion, along with supporting summary judgment evidence.

/ / /

/ / /

/ / /

/ / /

Plaintiff has agreed and the parties hereby stipulate to extend the deadline for Trans Union to file its response to Plaintiff's Motion for Partial Summary Judgment up to and including January 30, 2018. This is the first extension of time for Trans Union to file its response and the current deadline has not yet expired.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

| /s/ Jason G. Revzin | /s/ Matthew I. Knepper |
|---|---|
| Jason G. Revzin | David H. Krieger |
| Nevada Bar No. 8629 | Nevada Bar No. 9086 |
| 6385 South Rainbow Blvd., Suite 600 | Haines & Krieger, LLC |
| Las Vegas, NV 89118 | 8985 S eastern Ave, Suite 350 |
| Email: Jason.revzin@lewisbrisbois.com | Henderson, NV 89123 |
| **Counsel for Trans Union LLC** | dkrieger@hainesandkrieger.com |

and

Michael Kind
Nevada Bar No. 13903
Kazerouni Law Group, APC
6069 South Fort Apache Rd, Suite 100
Las Vegas, NV 89148
mkind@kazlg.com
and
Matthew I. Knepper
Nevada Bar No. 12796
Miles N. Clark
Nevada Bar No. 13848
Knepper & Clark LLC
10040 W. Cheyanne Ave., Suite 170-109
Las Vegas, NV 89129
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com
and
Sean N. Payne
Nevada Bar No. 13216
Payne Law Firm LLC
9550 S Eastern Ave, Suite 253-A213
Las Vegas, NV 89123
***Counsel for Plaintiff***

**IT IS SO ORDERED:**

_____.
RICHARD F. BOULWARE, II
United States District Judge

DATED: _____January 22, 2018._____