Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No.
PAYNE LAW FIRM LLC
9550 S. Eastern Ave. Suite 253-A213
Las Vegas, NV 89123
Phone: 702-952-2733
Fax: 702-462-7227
Email: seanpayne@spaynelaw.com

Michael Kind, Esq.
Nevada Bar No.
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Phone: 800-400-6808 x7
Fax: 800-520-5523
Email: mkind@kazlg.com

*Attorneys for Plaintiffs*

*///*

[Proposed] Stipulation and Order to Extend Time for Plaintiff to Respond to Trans Union's Motion to Strike and to File Reply in Support of Motion for Partial Summary Judgment - 1

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANNA WILLIAMS,

    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION, LLC,

    Defendants.

Case No.: 2:17-cv-02813-RFB-GWF

**[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO STRIKE AND TO FILE REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

    Plaintiff Anna Williams ("Plaintiff"), by and through her counsel of record, and Defendant Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

    1.    On January 2, 2018, Plaintiff Anna Williams filed her Motion for Partial Summary Judgment Against Trans Union [ECF Dkt. 11].

    2.    On January 30, 2018, Defendant Trans Union filed their Response to Plaintiff's Motion for Partial Summary Judgment [ECF Dkt. 29] and their Motion to Strike Plaintiff's Motion for Partial Summary Judgment [ECF Dkt. 25].

    3.    Plaintiff's Reply in Support of her Motion for Partial Summary Judgment is currently due February 13, 2018.

    4.    Plaintiff's Response to Trans Union's Motion to Strike is currently due February 13, 2018.

    5.    Plaintiff and Trans Union have stipulated to allow Plaintiff additional time to file her response and reply in order to allow for schedule constraints. The Parties accordingly request an extension for Plaintiff to reply to Trans Union's Response to Motions for Partial Summary Judgment and respond to Trans Union's Motion to Strike until **February 20, 2018**.

**IT IS SO STIPULATED.**

Dated February 12, 2018.

| **KNEPPER & CLARK LLC** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Jason Revzin* |
| Matthew I. Knepper, Esq. | Jason Revzin, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 8629 |
| Miles N. Clark, Esq. | 6385 S. Rainbow Blvd., Suite 600 |
| Nevada Bar No. 13848 | Las Vegas, NV 89118 |
| 10040 W. Cheyanne Ave., Suite 170-109 | Email: jason.revzin@lewisbrisbois.com |
| Las Vegas, NV 89129 | |
| matthew.knepper@knepperclark.com | Lauren Wood, Esq. |
| miles.clark@knepperclark.com | Paul L. Meyers, Esq. |
| | STRASBURGER & PRICE, LLP |
| David H. Krieger, Esq. | 2600 Dallas Parkway, Suite 600 |
| Nevada Bar No. 9086 | Frisco, TX 75034 |
| HAINES & KRIEGER, LLC | Email: Lauren.Wood@strasburger.com |
| 8985 S. Eastern Avenue, Suite 350 | Email: Paul.Myers@strasburger.com |
| Henderson, NV 89123 | |
| dkrieger@hainesandkrieger.com | *Counsel for Defendant* |
| | *Trans Union, LLC* |
| Sean N. Payne, Esq. | |
| Nevada Bar No. 13216 | |
| PAYNE LAW FIRM LLC | |
| 9550 S. Eastern Ave. Suite 253-A213 | |
| Las Vegas, NV 89123 | |
| Phone: 702-952-2733 | |
| Fax: 702-462-7227 | |
| Email: seanpayne@spaynelaw.com | |
| | |
| Michael Kind, Esq. | |
| Nevada Bar No. 13903 | |
| KAZEROUNI LAW GROUP, APC | |
| 6069 South Fort Apache Road, Suite 100 | |
| Las Vegas, NV 89148 | |
| Phone: 800-400-6808 x7 | |
| Fax: 800-520-5523 | |
| Email: mkind@kazlg.com | |
| | |
| *Counsel for Plaintiffs* | |

[Proposed] Stipulation and Order to Extend Time for Plaintiff to Respond to Trans Union's Motion to Strike and to File Reply in Support of Motion for Partial Summary Judgment - 3

*Williams v. Experian Information Solutions, Inc. et al*
2:17-cv-02813-RFB-GWF

**ORDER GRANTING
STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO STRIKE AND TO FILE REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

Dated: February 13, 2018.

---

[Proposed] Stipulation and Order to Extend Time for Plaintiff to Respond to Trans Union's Motion to Strike and to File Reply in Support of Motion for Partial Summary Judgment - 4