Andrew M. Cummings
Nevada Bar No. 14505
acummings@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@naylorandbrasterlaw.com

Attorneys for Defendant
Experian Information Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Anna H. Williams,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Experian Information Solutions, Inc., Trans Union LLC and Equifax Information Services LLC,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02813-RFB-GWF<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

///

///

///

///

///

///

///

///

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Andrew M. Cummings, is no longer associated with |
| 2 | JONES DAY and no longer represents Defendant Experian Information Solutions, Inc. |
| 3 | ("Experian") in the above-captioned action. Therefore, it is no longer necessary that Andrew M. |
| 4 | Cummings receive CM/ECF notice. Jennifer L. Braster and Andrew J. Sharples will remain |
| 5 | counsel of record and should continue to receive notices relating to this case. |
| 6 | DATED this 8th day of March, 2018. |

JONES DAY

By: */s/ Andrew M. Cummings*
Andrew M. Cummings
Nevada Bar No. 14505
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

IT IS SO ORDERED

Dated: March __9__, 2018

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of JONES DAY and that on this 8th day of March, 2018, I caused the document **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** to be served through the Court's CM/ECF system addressed to:

| | |
|---|---|
| David H. Krieger<br>Miles N. Clark<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>(702) 880-5554<br>Fax: (702) 383-5518<br>Email: dkrieger@hainesandkrieger.com<br>      miles.clark@knepperclark.com<br>*Attorneys for Plaintiff* | Matthew I Knepper<br>Knepper & Clark, LLC<br>10040 W. Cheyenne Ave. Suite 170-109<br>Las Vegas, NV 89129<br>7028256060<br>Fax: 7024478048<br>Email: matthew.knepper@knepperclark.com<br>*Attorney for Plaintiff* |
| Sean N. Payne<br>PAYNE LAW FIRM LLC<br>9550 S. Eastern Ave. Suite 253-A213<br>Las Vegas, NV 89123<br>702-952-2733<br>Fax: 702-462-7227<br>Email: seanpayne@spaynelaw.com<br>*Attorney for Plaintiff* | Michael Kind<br>Kazerouni Law Group, APC<br>6069 South Fort Apache Road, Suite 100<br>Las Vegas, NV 89148<br>800-400-6808 x7<br>Fax: 800-520-5523<br>Email: mkind@kazlg.com<br>*Attorney for Plaintiff* |
| Bradley T Austin<br>Snell & Wilmer LLP<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>702-784-5200<br>Fax: 702-784-5252<br>Email: baustin@swlaw.com<br>*Attorney for Equifax Information Services LLC* | Jason Revzin<br>Lewis Brisbois Bisgaard & Smith LLP<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>702-893-3383<br>Fax: 702-893-3789<br>Email: Jason.revzin@lewisbrisbois.com<br>*Attorney for Trans Union LLC* |

/s/ *John M. Upton*
An Employee of JONES DAY